PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Pedro Javier Vidal-Rios</u>     Case Number: <u>1:17-CR-00295-LY(1)</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>December 21, 2017</u>

Original Offense: <u>Illegal Reentry into the United States, in violation of 8 U.S.C. § 1326</u>

Original Sentence: <u>30 months in custody, followed by 3 years of supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>October 11, 2019</u>

Assistant U. S. Attorney: <u>Douglas W. Gardner</u>     Defense Attorney: <u>Jose I. Gonzalez-Falla</u>

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

[X]  To issue a warrant          [ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Violation of Standard Condition No. 17:** "If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release.  The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

Pedro Javier Vidal-Rios
Petition for Warrant for
Offender Under Supervision
Page 2

**Nature of Noncompliance**:  On September 16, 2022, immigration authorities encountered Pedro Javier Vidal-Rios, a citizen of Mexico, at the Williamson County Jail following his arrest for Failure to Identify, a Class B misdemeanor. According to police records, he was also arrested for Assault by Contact Family Violence, a Class C misdemeanor; however, the status of this charge is unknown at this time.  According to the police report, on September 15, 2022, officers with the Georgetown, Texas, Police Department were dispatched to an apartment in reference to a disturbance.  The offender's girlfriend, Perla Navarro, told police the defendant backed her into a corner, grabbed her arms, and screamed at her; however, he did not hit her.  During the investigation, the offender told police his name was Javier Reynosa and gave multiple dates of birth. Once at the jail, he provided the jail staff with his true name. Subsequently, a deportation officer lodged a detainer after interviewing the defendant and performing subsequent queries that identified him as a previously removed alien.  On September 20, 2022, Vidal-Rios was transferred to the custody of immigration authorities after posting bond on his Failure to Identify charge.

At the time that the above conduct occurred, Vidal-Rios was serving a non-reporting term of supervised release in the Austin Division, under Docket No. 1:17-CR-00295-LY(1), for Illegal Reentry into the United States.  Records show that he was removed from the United States to Mexico on or about October 11, 2019.  His term of (non-reporting) supervised release had begun on October 11, 2019, and is set to expire on October 10, 2022.

On September 20, 2022, a federal Criminal Complaint, under Case No. 1:22-mj-805-DH, was filed in the Austin Division, charging Vidal-Rios with a new violation of 8 U.S.C. § 1326.

**U. S. Probation Officer Recommendation:** The term of supervision should be revoked.

Approved by,

_____
Russ G. Wiedenmeyer
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Agustin Marquez
Senior U.S. Probation Officer

Date:  September 29, 2022

Received by,

_/s/ Douglas W. Gardner_____
Douglas W. Gardner
Assistant U.S. Attorney

[x] recommend        [ ] does not recommend        Justification:_____

Pedro Javier Vidal-Rios
Petition for Warrant for
Offender Under Supervision
Page 3

==================================================================

**THE COURT ORDERS:**

[ ]  No Action

[X]  The Issuance of a Warrant

[ ]  The Issuance of a Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge

  October 4, 2022
Date